BARBARA CORPORATION v. BOB MANEELY INSURANCE
AGENCY AND STOCKWELL-KNIGHT COMPANY AND
CONTINENTAL CASUALTY COMPANY.

October 4, 1985.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed. (See —— *N.J.* ——)

RONALD JOHANSON AND DONNA JOHANSON v. STEPHEN C.
COHEN AND BENJAMIN HUREWITZ.

October 7, 1985.

Petition for certification denied.